UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: FRANCIA S SMALL | ) Case No. 20 B 03439 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

| | |
|---|---|
| FRANCIA S SMALL | DAVID M SIEGEL |
| | via Clerk's ECF noticing procedures |
| 7604 S HOYNE AVE | |
| CHICAGO, IL 60620 | |

Please take notice that on July 01, 2020 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on May 28, 2020.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On February 06, 2020 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend Schedule I to show change income and to show how Debtor will be able to make payments after loss of income.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,
/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900