# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 20-03439 |
| FRANCIA SMALL, | Chapter 13 |
| Debtor. | Judge: Hon. Jack B. Schmetterer |

### ORDER ON MOTION TO VACATE ORDER CONFIRMING PLAN [DKT. NO. 39]

THIS MATTER COMING ON TO BE HEARD upon Intercoastal Equity, LLC's Motion to Vacate, pursuant to the hearing held September 9, 2020 at 10:00 a.m., IT IS HEREBY ORDERED THAT:

1. Debtor to file any response by September 21, 2020.
2. Intercoastal Equity, LLC to file reply by September 26, 2020.
3. Status is set for September 30, 2020 at 10:30 a.m. Until further notice, pursuant to General Order 20-03, the hearing will be conducted via telephone conference and arrangements should be made with Court-Solutions by visiting www.Court-Solutions .com or calling (917) 746-7476.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

DATED: September 9, 2020