# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERTN District of ILLINOIS

In re:  FRANCIA SMALL          Case No: 20-03439

Chapter: 13

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY

### SANTANDER CONSUMER USA

Comes now Santander Consumer USA and withdraws CLAIM number (1) previously filed
in the above referenced bankruptcy action on or about 2/27/2020.

Respectfully submitted,

/s/ Lorraine Lowery-Johnson
**Bankruptcy Representative**
Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245